STEWART v. STEWART.

(Supreme Court, Appellate Division, First Department. July 8, 1908.)

APPEAL AND ERROR—DECISIONS REVIEWABLE—EX PARTE ORDERS—METHOD OF SECURING REVIEW.

A direct appeal will not lie from an ex parte order, the only method of reviewing which is by motion to vacate, and, if the motion is denied, by appeal from the order of denial.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 2, Appeal and Error, § 892.]

Appeal from Special Term.

Action by Emma B. Stewart against William J. Stewart. From an ex parte order directing issuance of commitment for contempt of court, defendant appeals. Appeal dismissed.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, HOUGHTON, and SCOTT, JJ.

Harry C. Kayser, for appellant.
Edwin F. Stern, for respondent.

PER CURIAM. The order appealed from is an ex parte order, from which no appeal lies. The only method of reviewing the correctness of an ex parte order is by a motion to vacate it, and, if that is denied, by an appeal from the order of denial.

Appeal dismissed, with $10 costs and disbursements.